UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GJON PEPAJ,

       Petitioner,

                                        CASE NO. 2:07-CV-12610
v.                                      HONORABLE PATRICK J. DUGGAN

KENNETH T. MCKEE,

       Respondent.
_____/

## **JUDGMENT**

Petitioner Gjon Pepaj ("Petitioner"), presently confined at the Bellamy Creek Correctional Facility in Ionia, Michigan, seeks the issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, filed by attorney Michael Skinner, Petitioner challenges his March 2004 conviction for one count of first-degree murder, one count of carrying a concealed weapon, and one count of possession of a firearm in the commission of a felony. In an Opinion and Order issued on this date, the Court denied Petitioner's request for habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for habeas relief is **DISMISSED WITH PREJUDICE**.

DATE: July 16, 2010                    s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Michael Skinner, Esq.
John S. Pallas, Esq.